UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 4:13CR540 03 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | Magistrate Judge George J. Limbert |
| | ) | |
| CAROLINE ALBA-VENTURA | ) | |
| | ) | **SUMMONS** |
| | ) | |
| Defendant | ) | |

**TAKE NOTICE** that an **ARRAIGNMENT** in the above-captioned matter is hereby **SCHEDULED** and will be held at 3:45 p.m. on Wednesday, December 18, 2013, in Courtroom 242, Thomas D. Lambros Federal Building & U.S. Courthouse, 125 Market Street, Youngstown, Ohio, before the Honorable George J. Limbert, United States Magistrate Judge.

GERI M. SMITH, CLERK

Dated:  December 10, 2013                    By:      /s/*Anita Schenker*
                                                        Anita Schenker
                                                        Courtroom Deputy to the
                                                        Honorable George J. Limbert
                                                        (330) 884-7465