# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Ohio
### Thomas D. Lambros

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                 Case No.: 4:13−cr−00540−SO

                                 Judge Solomon Oliver Jr.

Jhosy A. Lopez, et al.

                      Defendant.

# SCHEDULING NOTICE

## PLEASE TAKE NOTICE OF THE FOLLOWING:

**IMPORTANT:** Notice of Hearing as to defendant Caroline Alba−Ventura; the arraignment is rescheduled and shall be held before Magistrate Judge George J. Limbert on 12/19/13 at 9:30 a.m. in Courtroom No. 242 in Youngstown, Ohio. (S,AA)

**PLACE**
Thomas D. Lambros
United States Courthouse &Federal Building
125 Market Street
Youngstown, OH
44503

December 18, 2013

                                 Geri M. Smith, Clerk
                     Anita Ann Schenker, Deputy Clerk